CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 09 2016

JULIA C. DUDLEY, CLERK
BY: s/T. Taylor
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JACK RANDALL CRABTREE, | ) | Civil Action No. 7:16-cv-00169 |
| Petitioner, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | By: Hon. Michael F. Urbanski |
| HAROLD W. CLARKE, | ) | United States District Judge |
| Respondent. | ) | |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 is **DISMISSED without prejudice** as unexhausted; a certificate of appealability is **DENIED**; the motion to proceed in forma pauperis is **DENIED** as moot; and the action is **STRICKEN** from the active docket.

The Clerk shall send certified copies of this Order and the accompanying Memorandum Opinion to Petitioner.

ENTER: This 6th day of May, 2016.

/s/ Michael F. Urbanski
United States District Judge